```
LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 11-8508 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| BRIAN H. WILLIAMS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Brian H. Williams, in the principal amount of $8,024.48 plus interest accrued to September 23, 2011, in the sum of $10,313.80; with interest accruing thereafter at $1.76 daily until entry of judgment, for a total amount of **$18,338.28**.

DATED: 04-09-12                    By: Terri Nafisi
                                   _____
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court

Page 5